## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Victor M. Kern,                                      Civil No. 11-2467 (RHK/LIB)

        Plaintiff,                              **ORDER**

vs.

Timothy J. Balland, Sally I Robertson,
Wadena County Attorney's Office,

        Defendants.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 31, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge