# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Victor M. Kern, | Civil No. 11-2467 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Timothy J. Balland, Sally I. Robertson, Wadena County Attorney's Office, | |
| Defendants. | |

_____

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 22, 2011

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge